UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AT&T CORP.,<br>   Plaintiff,<br>  v.<br>TELIAX, INC.,<br>   Defendant. | Case No. 16-cv-01914-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 40 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: June 9, 2017

_____
WILLIAM H. ORRICK
United States District Judge